UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ACIE BLACK, III,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:18-CV-01300-JCC-TLF<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND<br><br>NOTED: FEBRUARY 5, 2019 |

Based on the stipulation of the parties, the undersigned recommends that the Commissioner's decision in regard to Plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.

The Commissioner will further develop the record in order to determine whether 20 CFR § 404.950(f) bars an adverse disability determination for all or part of the time period at issue in claimant's 2015 application for DIB benefits in light of the prior favorable SSI disability determination and the SSI termination date, if any. If the ALJ does not conclude that 20 C.F.R. § 404.950(f) entirely bars an adverse disability determination, the ALJ will incorporate the file concerning the prior favorable SSI disability determination into the record and Plaintiff shall

have an opportunity to respond to the new evidence in writing before the ALJ issues a new decision on the matter.  The ALJ may also hold a hearing and/or take any other actions necessary to resolve the dispute.

This Court should reverse the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Given the facts and the parties' stipulation, the undersigned recommends the Court immediately approve this Report and Recommendation.

Dated this 5th day of February, 2019.

*[signature]*

Theresa L. Fricke
United States Magistrate Judge