THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACIE BLACK, III, | CASE NO. C18-1300-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court, having reviewed the record and the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, does hereby ORDER:

1. The Court ADOPTS the Report and Recommendation, and
2. The administrative decision is REVERSED and REMANDED for further administrative proceedings consistent with the Report and Recommendation.

DATED this 12th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1300-JCC
PAGE - 1