<pre>
                                              THE HONORABLE JOHN C. COUGHENOUR
</pre>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACIE BLACK, III, | CASE NO. C18-1300-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 23). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $1,507.20, subject to any offset allowed under the Treasury Offset Program as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010). (Dkt. No. 23 at 1.) If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset, then the check or checks for EAJA fees shall be made payable to Plaintiff's attorney, Amy Gilbrough, based on Plaintiff's assignment of these amounts to counsel. (Dkt. No. 23-5.) The check or checks shall be mailed to Plaintiff's counsel at the following address: Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle WA 98101. (Dkt. No. 23.)

DATED this 20th day of May 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1300-JCC
PAGE - 2